O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DEBTOR: KATHLEEN KELLOGG-TAXE; KATHLEEN KELLOGG-TAXE; RONALD TAXE; JOHN SABA; GREGORY GRANTHAM, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN A. DYE, CHAPTER 7 TRUSTEE, <br><br> Defendants. | Case No. CV 15-00084 DDP <br> [2:12-bk-51208 RN] <br> [2:13-ap-01781 RN] <br><br> **ORDER GRANTING EXTENSION OF TIME FOR APPELLANTS TO FILE OPENING BRIEFS** <br><br> [Dkt. Nos. 7, 9] |

   Good cause being shown, and as their motions are unopposed, the Court hereby GRANTS the motions of Appellants Kathleen Kellogg-Taxe and Ronald Taxe to extend the time to file their opening briefs.  Appellants' opening briefs will be due June 30, 2015.

IT IS SO ORDERED.

Dated: June 3, 2015

　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　United States District Judge

cc: US Bankruptcy Court and the US Trustee's Office