1

2

3

4                                                                      O

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11

12  IN RE DEBTOR: KATHLEEN          )  Case No. CV 15-00084 DDP
    KELLOGG-TAXE; KATHLEEN          )
13  KELLOGG-TAXE; RONALD TAXE;      )  **ORDER GRANTING EXTENSIONS OF TIME**
    JOHN SABA; GREGORY GRANTHAM,    )  **TO FILE OPENING BRIEFS**
14                                  )
                   Plaintiff,       )  [Dkt. Nos. 11, 14]
15                                  )
         v.                         )
16                                  )
    CAROLYN A. DYE, CHAPTER 7       )
17  TRUSTEE,
18                 Defendants.
    _____
19

20      Appellants Kathleen Kellogg-Taxe and Ronald Taxe move a second

21  time for extensions of time to file their opening briefs.  (Dkt.

22  Nos. 11, 14.)  The previous requests, (Dkt. Nos. 7, 9), were

23  granted by the Court, and the deadline to file was extended to June

24  30, 2015.  Because the second round of motions is unopposed, and

25  for good cause shown, Appellants' deadline to file is hereby

26  extended to July 30, 2015.

27  //

28  //

1    Because this is the second extension of time, there will be **no**

2  **further continuances** absent unusual circumstances.

3

4

5  IT IS SO ORDERED.

6

7

8  Dated: July 7, 2015

       DEAN D. PREGERSON
9      United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28