O

NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DEBTOR: KATHLEEN KELLOGG-TAXE; KATHLEEN KELLOGG-TAXE; RONALD TAXE; JOHN SABA; GREGORY GRANTHAM,<br><br>          Plaintiff,<br><br>     v.<br><br>CAROLYN A. DYE, CHAPTER 7 TRUSTEE,<br><br>          Defendants.<br>_____ | Case No. CV 15-00084 DDP<br><br>[USDC    2:12-bk-51208 RN<br>         2:13-ap-01781 RN]<br><br>**ORDER GRANTING MOTION TO STRIKE APPELLANT RONALD TAXE'S OPENING BRIEF AND DISMISS APPEAL**<br><br>[Dkt. No. 32] |

    Presently before the Court is trustee Caroyln A. Dye's motion to strike appellant Ronald Taxe's ("Taxe") opening brief (Dkt. No. 22) and dismiss Taxe's appeal.  The motion was unopposed.

    The Court granted Taxe two continuances after Taxe filed motions for extensions of time to file his opening brief.  (See Dkt. Nos. 9, 14 (motions); 10, 15 (orders).)  The Court in its second order granting an extension of time stated: "Because this is the second extension of time, there will be no further continuances

///

cc: US Bankruptcy Court & US Trustee's Office

absent unusual circumstances." (Dkt. No. 15.) Appellants Taxe and Kathleen Kellogg-Taxe ("Kellogg-Taxe") had filed separate motions for continuances each time and the Court's second order set a deadline of July 30, 2015, for both briefs. On July 30, 2015, only appellant Kellogg-Taxe filed a third motion for a continuance, providing the Court with reasons for the request; the trustee stipulated to the continuance. (Dkt. No. 19.) The Court granted this continuance, but only as to Kellogg-Taxe: "the Court hereby GRANTS the Motion of Appellant Kathleen Kellogg-Taxe *only* to extend the time to file *her* opening brief and record." (Dkt. No. 21 (emphasis added).) Taxe was not a party to the stipulation and did not file a motion for a continuance. Thus, Taxe's brief was due on July 30, 2015.

Taxe filed a over-sized brief, which was not compliant with local rules, along with an appendix on August 17 and 18, 2015. (Dkt. Nos. 22, 23.) Taxe's brief was not timely and provided no reason for the untimeliness or other procedural problems. Most importantly, there is insufficient cause to grant Taxe any further continuances considering the substance of his appeal.

Therefore, Taxe's brief is stricken from the docket and his appeal is DISMISSED with prejudice. (Dkt. Nos. 22, 23.) Trustee Carolyn A. Dye's Motion to Dismiss is GRANTED. (Dkt. No. 32.)

IT IS SO ORDERED.

Dated: October 19, 2015

DEAN D. PREGERSON
United States District Judge

2